UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANINDERJOT SINGH BHOGAL, (A221390329),

               Petitioner,

    v.

WARDEN OF CALIFORNIA CITY DETENTION CENTER,

               Respondent.

No.  1:26-CV-00698-DJC-SCR

ORDER

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 9, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  The Court has reviewed the file and finds the findings and

1

recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 14) are adopted in full.

2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is granted with respect to ground one.

3. Respondent shall provide petitioner (A221390329) with a bond hearing before an IJ within fourteen days where the IJ must order petitioner released unless the IJ finds that he presents a risk of flight or danger to the community by clear and convincing evidence.

4. Petitioner's motion for a temporary restraining order (ECF No. 2) is denied as moot.

5. Respondent's motion to dismiss (ECF No. 12) is denied.

6. The Clerk of the Court enter judgment in favor of petitioner and close the case.

IT IS SO ORDERED.

Dated:   **March 31, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

bhog0698.JO.imm

2